R. E. KENNON; ARTHUR HOOD, JR., for plaintiff in error.

JAMES T. FLEWELLEN, solicitor-general, for the state·

---

*COLLIER *vs.* LEONARD; WARE *vs.* WARE *et al.*; WILSON *et al.* *vs.* ARCHER *et al.*; GENTRY *vs.* COWAN, McCLUNG & CO.

This court will reluctantly interfere with the grant of a first new trial, and these cases do not show such abuse of discretion as requires interference.

* reports or opinion· are published in the following cases under the provisions of act of cn al 187: ( .,)